JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDMUND DARCHER (WSBA No. 42906)
Special Assistant United States Attorney
6401 Security Blvd.
Baltimore, MD 21235
Telephone: 206-615-2662
Email: edmund.darcher@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK DAVID AHERN,<br><br>     Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:23-cv-02085-GMN-DJA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 6, 2024          Respectfully submitted,

*/s/ Marc V Kalagian*
MARC V KALAGIAN
(*as authorized via email on March 5, 2024)
Attorney for Plaintiff

Dated: March 6, 2024          Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edmund Darcher*
EDMUND DARCHER
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED:** The Clerk of Court is instructed to close the case and enter judgment in favor of Plaintiff Mark David Ahern.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

DATED: March 6, 2024

2